In the Matter of FRANCIS X. McNAMARA, an Attorney.— Matter referred to

Hon. James C. Van Siclen, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.